**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KEITH WILLIAM SULLIVAN, | 3:24-cv-00546-ART-CSD |
| Plaintiff, | |
| v. | **ORDER** |
| HEATHER, et al., | Re: ECF No. 25 |
| Defendants. | |

Before the court is Plaintiff's Motion to Compel Defendants to Comply with the Agreement. (ECF No. 25.) A stipulation to dismiss this case with prejudice was filed on November 20, 2025 (ECF No. 20), which was granted on November 21, 2025 (ECF No. 21). Pursuant to the terms of the settlement, the court only retained jurisdiction through entry of the stipulation for dismissal. (ECF No. 19.) Therefore, this court no longer has jurisdiction over this case or any issue Plaintiff has with the terms of the settlement. *See Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 379-81 (1994). Any dispute between the parties over the terms of the settlement must be filed in a lawsuit raising a claim for breach of contract in state court. **No further documents are to be filed in this closed case. The Clerk is directed to return as unfiled any further documents received in this closed case.**

**IT IS SO ORDERED.**

DATED:  January 29, 2026.

_____
Craig S. Denney
United States Magistrate Judge